IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE CROWELL CORPORATION          :
                                 :
         Plaintiff,              :
                                 :
    v.                           :   Civil Action No. 04-259 JJF
                                 :
PACE INTERNATIONAL UNION,        :
AFL-CIO CLC LOCAL 2-0770,        :
                                 :
         Defendant.              :

### O R D E R

At Wilmington, this 30 day of March 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED THAT:

1)  Defendant's Motion For Summary Judgment (D.I. 5-1) is **GRANTED**;

2)  Plaintiff's Motion For Summary Judgment (D.I. 11) is **DENIED**; and

3)  Defendant's Motion For Attorney's Fees (D.I. 5-2) is **DENIED**.

March 30, 2005
DATE

UNITED STATES DISTRICT JUDGE