LAW OFFICES
# MARKOWITZ & RICHMAN
1100 NORTH AMERICAN BUILDING
121 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19107
————
(215) 875-3100
TELECOPIER (215) 790-0068
DIRECT DIAL

RICHARD H. MARKOWITZ *
STEPHEN C. RICHMAN *
PAULA R. MARKOWITZ
QUINTES D. TAGLIOLI
JONATHAN WALTERS ++
ANTHONY C. BUSILLO II
THOMAS H. KOHN ***
RUTH SKOGLUND
R. MATTHEW PETTIGREW, JR.**
PETER H. DEMKOVITZ +
CHARLES F. SZYMANSKI +
NANCY A. WALKER

* ALSO ADMITTED IN NEW YORK
AND DISTRICT OF COLUMBIA
+ ALSO ADMITTED IN NEW JERSEY
++ ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN NEW JERSEY AND NEW YORK
*** ALSO ADMITTED IN VIRGINIA
AND DISTRICT OF COLUMBIA

ALLENTOWN OFFICE
SUITE 200 COMMONWEALTH BLDG.
512 HAMILTON STREET
ALLENTOWN, PA 18101-1505
(610) 820-9531

NEW JERSEY OFFICE
24 WILKINS AVENUE
HADDONFIELD, NJ 08033
(856) 616-2930

NEW YORK OFFICE
880 THIRD AVENUE
NINTH FLOOR
NEW YORK, NY 10022
(212) 752-6781

HARRISBURG OFFICE
27 SOUTH ARLENE STREET
P.O. BOX 6865
HARRISBURG, PA 17112-6865
(717) 541-9475

215-875-3129
September 20, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street, Lock Box 27
Wilmington, DE 19801

RECEIVED
SEP 21 2005

File No.    3-770-11

Re:    **Crowell v. Pace International Union Local 2-0770**
       **C.A. No.    04-259**

Dear Judge Farnan:

In response to Barry Willoughby's letter to you of September 16, 2005, the Union disagrees with the Employer's contention that the Union's Motion for Relief from the Court's judgment in this matter is moot. Although the Union did file a protective grievance, which is now scheduled for arbitration on November 22, 2005, concerning whether Robert Blisard is entitled to remedial relief, that action was taken solely to provide an alternative mechanism to obtain relief in the event that the Court should decline to grant the Union's pending motion.

Contrary to the Employer's contention that the motion is moot, should the Court grant the requested relief, it is the arbitration that would become moot. The Union firmly believes that its motion for relief from the Court is justified; however, should the Court determine that the arbitration takes precedence, Local 770 requests that the Court retain jurisdiction pending the outcome of that arbitration.

Respectfully,

THOMAS H. KOHN

THK/sdk
cc:    Barry Willoughby, Esquire
       Carl Jones

